EXHIBIT "A"

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## MCALLEN DIVISION

| | | |
|---|---|---|
| **DOMINGO ISIDRO** | § | |
|     **Plaintiff** | § | |
| | § | |
| **VS.** | § | **Civil Action No. _____** |
| | § | |
| **CUTLER REPAVING, INC.,** | § | |
| **ROBERT JOSEPH JOZWIAK, and** | § | |
| **VISION INSURANCE COMPANY** | § | |
|     **Defendants** | § | **Jury Demanded** |

### INDEX OF EXHIBITS TO DEFENDANTS CULTER REPAVING, INC.'S AND ROBERT JOSEPH JOZWIAK'S NOTICE OF REMOVAL

Exhibit "A":    Index of Exhibits

Exhibit "B":    **Plaintiff**'s Original Petition, filed with the State Court on April 5, 2016

Exhibit "C":    Return of Service for Defendant **Cutler Repaving, Inc.**

Exhibit "D":    Service documents for Defendant **Robert Jozwiak**

Exhibit "E":    Return of Service for Defendant **Vision Insurance Company**

Exhibit "F":    Defendant **Cutler Repaving, Inc.**'s Original Answer filed with the State Court on May 6, 2016

Exhibit "G":    Defendant **Robert Jozwiak**'s Original Answer filed with the State Court on May 6, 2016

Exhibit "H":    Defendant **Vision Insurance Company**'s Original Answer filed with the State Court on April 27, 2016

Exhibit "I":    A copy of the State Court Docket Sheet

Exhibit "J":    A list of Counsel of Record

EXHIBIT "B"

Electronically Filed
5/26/2015 11:37:40 AM
Hidalgo County District Clerks
Reviewed By: Alexis Bonilla

15-0076

## CAUSE NO. C-1533-16-I

| | | |
|---|---|---|
| **DOMINGO ISIDRO** | § | **IN THE DISTRICT COURT** |
| | § | |
| **vs.** | § | **OF HIDALGO COUNTY, TEXAS** |
| | § | |
| **CUTLER REPAVING, INC.,** | § | |
| **ROBERT JOSEPH JOZWIAK, and** | § | |
| **VISION INSURANCE COMPANY** | § | **_____ JUDICIAL DISTRICT** |

### PLAINTIFF'S ORIGINAL PETITION

**TO THE HONORABLE JUDGE OF SAID COURT:**

NOW COMES, **DOMINGO ISIDRO**, hereinafter sometimes referred to by name or as, "Plaintiff," complaining of **CUTLER REPAVING, INC., ROBERT JOSEPH JOZWIAK, and VISION INSURANCE COMPANY**, hereinafter sometimes referred to by name or as, "Defendant," and/or "Defendants," and for his cause of action would respectfully show unto the Court and Jury the following:

**I.**

Discovery is intended to be conducted under Level 2 of *Texas Rules of Civil Procedure 190*.

**II.**

Plaintiff **DOMINGO ISIDRO** is a resident of Hidalgo County, Texas.

**III.**

Defendant **CUTLER REPAVING, INC.** is a foreign corporation, duly licensed and authorized to engage in business in the state of Texas and engaged in business in the state of Texas. Service of process on the Defendant, **CUTLER REPAVING, INC.,** may be had by serving its registered agent for service of process, to wit:    C T Corporation System, 1999 Bryan Street, Suite 900, Dallas, Texas 75201-3136.

Electronically Filed
05/13/2016 11:07:40 AM
Hidalgo County District Clerks
Reviewed By: Alexis Bonilla

**C-1533-16-I**

Defendant, **ROBERT JOSEPH JOZWIAK**, is resident of Mount Hope, Lawrence County, Alabama.  By virtue of the operation of a motor vehicle on the public roads of Texas, as more particularly described below, Defendant **ROBERT JOSEPH JOZWIAK** has appointed the Chairman of the Texas Transportation Commission as his agent on whom citation may ne served in accordance with Section 17.062 and Section 17.063 of the Texas Civil Practice Remedies Code. Thus, Defendant  **ROBERT JOSEPH JOZWIAK** may be served with citation by serving Tryon D. Lewis, Chairman of the Texas Transportation Commission, 125 E.11th Street, Austin, Texas 78701-2483, by certified mail, return receipt requested, as permitted by Texas Rule of Civil Procedure 106(a)(2).  The Chairman of the Texas Transportation Commission will, in turn, mail by registered mail, to the Defendant **ROBERT JOSEPH JOZWIAK** at his residence, 9021 County Road 23, Mount Hope, Alabama 35651, a copy of this citation and a notice that process has been served on the Chairman, all in compliance with Section 17.062 and Section 17.063 of the Texas Civil Practice and Remedies Code.

**V.**

Defendant, **VISION INSURANCE COMPANY**, is a Domestic Insurance Company, duly licensed and authorized to engage in the insurance business in the state of Texas and engaged in the insurance business in Texas.  Defendant **VISION INSURANCE COMPANY** may be served with citation by certified mail, return receipt requested, as permitted by Texas Rule of Civil Procedure 106(a)(2), by serving its Registered Agent for Service as follows:      Flor Loya, President
1800 Lee Treviño Blvd, Suite 201
El Paso, Texas  79936

**VI.**

Plaintiff sustained the bodily injuries hereinafter described as a direct and proximate result of the negligence of an Underinsured driver as more particularly alleged below.  At

Electronically Filed
4/8/2016 10:47:40 AM
Hidalgo County District Clerks
Reviewed By: Alexis Bonilla

**C-1533-16-I**

the time of the collision with the Underinsured Defendant, Plaintiff was protected against loss caused by bodily injury and property damage and resulting from the ownership, maintenance or use of an Underinsured motor vehicle by a policy or insurance issued by the Defendant, **VISION INSURANCE COMPANY**, to Plaintiff and said policy bearing number 89 435365672.

## VII.

Venue is proper in Hidalgo County on the basis of Sec. 15.016 of the Civil Practice and Remedies Code and Sec. 1952.110 of the Insurance Code Sec. 15.016 states that an action governed by any other statute prescribing mandatory venue shall be brought in the county required by that other statute. Sec. 1952.110 of the Insurance Code states that an action against an Insurer in relation to Uninsured/Underinsured Motorist Coverage may be brought only in the county in which the policyholder or beneficiary instituting the suit resided at the time of the collision or in the county in which the collision involving the Uninsured/Underinsured Motor vehicle occurred.   Plaintiff was a resident of Hidalgo County, Texas at the time of the collision made the basis of this lawsuit occurred. This collision occurred in Hidalgo County, therefore, under Sec. 1952.110 and Sec. 15.002, venue is proper in Hidalgo County, Texas.

## VIII.

On or about October 6, 2015, at approximately 6:08 p.m., Plaintiff, **DOMINGO ISIDRO**, was operating his 2012 Honda automobile in a safe and lawful manner, and was traveling northbound around the 1800 block of north 10th Street, in the city of McAllen, Hidalgo County, Texas.  At about the same time the Defendant, **ROBERT JOSEPH JOZWIAK**, was operating a 2014 GMC Sierra C3500 truck owned by the Defendant, **CUTLER REPAVING, INC.**, and was traveling southbound In the center lane of travel attempting to turn left into a private drive at the 1800 block of north 10th Street, also in the

Electronically Filed
5/3/2016 1:37:40 AM
Hidalgo County District Clerks
Reviewed By: Alexis Bonilla

**C-1533-16-I**

city of McAllen, Hidalgo County, Texas.  As the Plaintiff, **DOMINGO ISIDRO**, reached the

1800 block of north 10th Street and the private drive and had completely crossed said

intersection, the Defendant, **ROBERT JOSEPH JOZWIAK**, negligently failed to keep a

proper lookout, negligently failed to maintain an assured clear distance, negligently failed

to control his speed, negligently failed to yield the right of way while turning left into a

private drive and thereby drove his truck directly into the vehicle being operated by Plaintiff,

**DOMINGO ISIDRO**, thereby proximately causing the resulting violent collision and the

resulting injuries and damages to the Plaintiff as set out below.

**IX.**

On the occasion in question, the Defendant, **ROBERT JOSEPH JOZWIAK**,

operated the 2014 GMC Sierra C3500 truck owned by the Defendant, **CUTLER

REPAVING, INC.**, in a negligent manner and violated the duty which he owed to the

Plaintiff, **DOMINGO ISIDRO**, to exercise ordinary care in the operation of a motor vehicle

in one or more of the following particulars:

a.   In failing to maintain such a lookout as a person of ordinary prudence would have maintained under the same or similar circumstances;

b.   In failing to timely apply the brakes to his vehicle in order to avoid the collision in question;

c.   In failing to apply the brakes to his vehicle in order to avoid the collision in question;

d.   In driving his vehicle at a rate of speed which is greater than that which an ordinarily prudent person would have driven under the same or similar circumstances;

e.   In driving his vehicle at a rate of speed greater than is reasonable and prudent under the conditions then existing.  Such omission is a violation of Sec. 545.351(a)(1), Texas Transportation Code, and constitutes negligence per se;

f.   In driving his vehicle at a rate of speed greater than is reasonable and prudent under the conditions and having regard to the actual and potential hazards than existing.  Such omission is a violation of Sec. 545.351(b)(1), Texas Transportation Code, and constitutes negligence per se; and

Electronically Filed
05/20/01 13:07:40 AM
Hidalgo County District Clerks
Reviewed By: Alexis Bonilla

g.   In failing to yield the right of way, when turning left into a private drive to a vehicle that is approaching from the opposite direction and that is in the intersection or in such proximity to the intersection as to be an immediate hazard. Such omission is a violation of Sec. 545.152, Texas Transportation Code, and constitutes negligence per se.

Each of these acts and omissions, singularly or in combination with others, constituted negligence, and such negligence was a proximate cause of the occurrence made the basis of this cause of action and Plaintiff's resulting injuries and damages as described below.

## X.

As a direct and proximate result of the negligence of the Defendant, Plaintiff, sustained the following damages in the past:

a.   Pain and suffering;

b.   Mental anguish;

c.   Reasonable and necessary medical expenses;

d.   Loss of earning capacity; and

f.   Physical impairment.

## XI.

Plaintiff will in reasonable probability sustain the following damages in the future:

a.   Pain and suffering;

b.   Mental anguish;

c.   Reasonable and necessary medical expenses;

d.   Loss of earning capacity;

e.   Physical impairment.

## XII.

The motor vehicle driven by Defendant **ROBERT JOSEPH JOZWIAK** and causing Plaintiff's damages as described above, was at all times material to this action an

Electronically Filed
05/20/2016 1:37:40 AM
Hidalgo County District Clerks
Reviewed By: Alexis Bonilla

**C-1533-16-I**

"underinsured motor vehicle" as that term is defined in the policy of insurance issued by

the Defendant, **VISION INSURANCE COMPANY**, said policy bearing number 89

43565672.  Plaintiff has fully complied with all terms of the insurance policy as a condition

precedent to bringing this suit. Nevertheless, Defendant, **VISION INSURANCE COMPANY**,

still fails and refuses to adequately compensate Plaintiff for his damages as Defendant,

**VISION INSURANCE COMPANY** is contractually required to do.

### XIII.

As required by Rule 47(b), *Texas Rules of Civil Procedure*, Plaintiff's counsel states

that the damages sought are in an amount within the jurisdictional limits of this Court.  As

required by Rule 47(c), *Texas Rules of Civil Procedure*, Plaintiff's counsel states that

Plaintiff seeks monetary relief, the maximum of which is over $100,000.00.  The amount

of monetary relief actually awarded, however, will ultimately be determined by a jury.

Plaintiff also seeks pre-judgment and post-judgment interest at the highest legal rate.

### XIV.

Plaintiff may show that on the occasion in question, the Defendant, **ROBERT**

**JOSEPH JOZWIAK**, was acting as an employee, agent, and/or servant of the Defendant,

**CUTLER REPAVING, INC.** and was then and there in the course and scope of his

employment with said Defendant and as a result of the relationship between the

Defendant, **CUTLER REPAVING, INC.** and the Defendant driver, **ROBERT JOSEPH**

**JOZWIAK**, the negligence as herein set of the Defendant, **ROBERT JOSEPH JOZWIAK**,

is imputed to the Defendant, **CUTLER REPAVING, INC.** and said Defendants are liable

for the damages herein set forth suffered by the Plaintiff under the well known Doctrine of

Respondeat Superior.

Electronically Filed
05/2016 11:37:40 AM
Hidalgo County District Clerks
Reviewed By: Alexis Bonilla

C-1533-16-I

## XV.

**WHEREFORE, PREMISES CONSIDERED**, Plaintiff, **DOMINGO ISIDRO**, prays that the Defendants, **CUTLER REPAVING, INC., ROBERT JOSEPH JOZWIAK and VISION INSURANCE COMPANY** be cited to appear and answer herein, and that, upon final trial hereof, Plaintiff recovers his damages as specified hereinabove, together with costs of suit, pre-judgment interest and post-judgment interest, and for such other and further relief, both general and special, at law or in equity, to which Plaintiff may show himself justly entitled to receive, jointly and severally, from and against the Defendants.

Respectfully submitted,

**ORENDAIN & DOMINGUEZ**
Attorneys and Counselors at Law
320 South 8TH Street
McAllen, Texas 78501
Tel        (956) 683-0111
Fax        (956) 631-2653
**Email        orendain@odlawfirm.com**

BY:_____
        **ABEL A. ORENDAIN**
        State Bar No. 15301650
        **ERNESTO J. DOMINGUEZ**
        State Bar No. 05966340

        **ATTORNEYS FOR THE PLAINTIFF,
        DOMINGO ISIDRO**

Electronically Filed
4/19/2016 11:50:48 AM
Hidalgo County District Clerks
Reviewed By: Irene Caceres

# AFFIDAVIT OF SERVICE
### The State of Texas
### Cause Number: C-1533-16-I

| | |
|---|---|
| **DOMINGO ISIDRO** | **IN THE DISTRICT COURT** |
| **PLAINTIFF(S),** | |
| **VS.** | **398TH JUDICIAL DISTRICT** |
| **CUTLER REPAVING, INC.,** | |
| **ROBERT JOSEPH JOZWIAK, and** | |
| **VISION INSURANCE COMPANY** | |
| **DEFENDANT(S),** | **HIDALGO COUNTY, T E X A S** |

**For Attorney: Abel A. Orendain**
**********************************************************************************************************************

Received by Marilyn Stroud Civil Process Service on the 11th day of April, 2016 at 4:00 PM

**Party to be served: Cutler Repaving, Inc. C/O Its Registered Agent: CT Corporation System**

I, Marilyn Stroud, Being duly sworn, depose and say that on the 14th day of April 2016 at 9:19 AM

The party was executed upon, by delivering a true copy of the following documents with the date and hour of service endorsed thereon by Certified Mail Return Receipt Requested # 7015 0640 0002 4516 7455

**1) CITATION**
**2) PLAINTIFF'S ORIGINAL PETITION**

**To: Cutler Repaving, Inc. C/O Its Registered Agent: CT Corporation System**
**At the address of: 1999 Bryan Street, Suite 900, Dallas, Texas 75201-3136**
I am a person over eighteen (18) years of age and I am competent to make this affidavit. I am a resident of the State of Texas. I am familiar with the Texas Rules of Civil Procedure as they apply to service of Process. I am not a party to this suit nor related or affiliated with any herein, and have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude. I have personal knowledge of the facts stated herein and they are true and correct.

"My name is **Marilyn Stroud,** my date of birth is 05/09/1940, and my address is 1407 Candy Lane, Edinburg, Texas, 78539 USA. I declare under penalty of perjury that the foregoing is true and correct.

Executed in Hidalgo County, State of Texas, on the 16th day of April, 2016.

*Marilyn Stroud*

**Marilyn Stroud, Declarant"**
**SCH-1380, expires 9/30/2017**

Electronically Filed
4/19/2016 11:50:48 AM
Hidalgo County District Clerks
Reviewed By: Irene Caceres

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

DALLAS TX 75201

| Certified Mail Fee | $3.30 | |
| --- | --- | --- |
| $ | | 0068 |
| Extra Services & Fees (check box, add fee as appropriate) | | |
| ☐ Return Receipt (hardcopy) | $ $2.70 | 17 Postmark |
| ☐ Return Receipt (electronic) | $ $0.00 | Here |
| ☐ Certified Mail Restricted Delivery | $ $0.00 | |
| ☐ Adult Signature Required | $ N/A | |
| ☐ Adult Signature Restricted Delivery | $ N/A | |
| Postage | $1.36 | 04/12/2016 |

7015 0640 0002 4516 7455

Cutler Repaving, Inc.
C/O Its Registered Agent: CT Corporation System
1999 Bryan Street, Suite 900
Dallas, Texas 75201-3136

See reverse for instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

Cutler Repaving, Inc.
C/O Its Registered Agent: CT Corporation System
1999 Bryan Street, Suite 900
Dallas, Texas 75201-3136

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                         ☐ Agent
                                          ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
Chris Wells                       MAR 14 2016

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

9590 9401 0118 5225 9186 63

2. Article Number (Transfer from service label)

7015 0640 0002 4516 7455

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053                    Domestic Return Receipt

4/17/2016                                    USPS.com® – USPS Tracking®

Electronically Filed
4/19/2016 11:50:48 AM
Hidalgo County District Clerks
Reviewed By: Irene Caceres

 English ⌄     Customer Service     USPS Mobile

≡                         USPS.COM®                              🔍

# USPS Tracking®

 **Customer Service ›**
Have questions? We're here to help.

 **Get Easy Tracking Updates ›**
Sign up for My USPS.

Tracking Number: **70150640000245167455**

⊘  ## Delivered

Updated Delivery Day: **Thursday, April 14, 2016**

## Product & Tracking Information

| | | |
|---|---|---|
| **Postal Product:**<br>First-Class Mail® | **Features:**<br>Certified Mail™ | Return Receipt |

**See tracking for related item:** 9590940101185225918663

### Available Actions

Text Updates                                                          ⊙

Email Updates                                                         ⊙

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| **April 14, 2016 , 9:19 am** | Delivered | **DALLAS, TX 75201** |

 Your item was delivered at 9:19 am on April 14, 2016 in DALLAS, TX 75201.

| | | |
|---|---|---|
| April 14, 2016 , 9:06 am | Out for Delivery | DALLAS, TX 75201 |
| April 14, 2016 , 8:56 am | Sorting Complete | DALLAS, TX 75201 |
| April 14, 2016 , 8:56 am | Arrived at Unit | DALLAS, TX 75201 |
| April 14, 2016 , 5:06 am | Departed USPS Facility | DALLAS, TX 75260 |
| April 13, 2016 , 2:44 pm | Arrived at USPS Destination Facility | DALLAS, TX 75260 |
| April 12, 2016 , 10:26 pm | Departed USPS Facility | MCALLEN, TX 78501 |
| April 12, 2016 , 8:53 am | Arrived at USPS Origin Facility | MCALLEN, TX 78501 |
| April 12, 2016 , 6:10 pm | Departed Post Office | EDINBURG, TX 78539 |
| April 12, 2016 , 12:35 pm | Acceptance | EDINBURG, TX 78539 |

## Track Another Package

Tracking (or receipt) number

[                                                    ]    [ Track It ]

## Manage Incoming Packages

Track all your packages from a dashboard.
No tracking numbers necessary.

**Sign up for My USPS ›**



USPS.COM®

EXHIBIT "D"

## Texas Department of Transportation

125 EAST 11TH STREET, AUSTIN, TEXAS 78701-2483 | 512.463.8630 | WWW.TXDOT.GOV

April 18, 2016

Robert Joseph Jozwiak
9021 County Road 23
Mount Hope, AL 35651

Re:   OGC No. 41835
      Cause No. C-1533-16-I
      Hidalgo County
      Plaintiff:  Domingo Isidro
      Defendant:  Robert Joseph Jozwiak

Robert Joseph Jozwiak:

In compliance with the Texas long-arm statute, Texas Civil Practice and Remedies Code, Chapter 17, Subchapter D, the Chair of the Texas Transportation Commission was duly served with the enclosed Citation and Plaintiff's Original Petition on April 15, 2016.

This agency's only role in the process is to serve as an out-of-state defendant's agent for service of process. We are unable to answer any questions or respond to correspondence regarding this lawsuit. All questions or concerns should be addressed to the attorney noted below.

Office of General Counsel

Enclosures

cc:   Abel A. Orendain
      Attorney at Law
      320 South 8th St.
      McAllen, TX 78501
      Telephone (956) 683 0111

U.S. Certified Mail No. 7015 0640 0004 4922 3353
Return Receipt Requested

OUR VALUES: *People • Accountability • Trust • Honesty*
OUR MISSION: *Through collaboration and leadership, we deliver a safe, reliable, and integrated transportation system that enables the movement of people and goods.*

An Equal Opportunity Employer

**ORIGINAL**

C-1533-16-I
398TH DISTRICT COURT, HIDALGO COUNTY, TEXAS

---

### CITATION

---

### THE STATE TEXAS

**NOTICE TO DEFENDANT**: You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty (20) days after you were served this citation and petition, a default judgment may be taken against you.

**TRYON D. LEWIS**
**CHAIRMAN OF THE TEXAS TRANSPORTATION COMMISSION**
**125 E. 11TH STREET**
**AUSTIN, TEXAS 78701-2483**
**IN TURN FOWARDING TO:**

**ROBERT JOSEPH JOZWIAK**
**9021 COUNTY ROAD 23**
**MOUNT HOPE, ALABAMA 35651**

You are hereby commanded to appear by filing a written answer to the PLAINTIFF'S ORIGINAL PETITION at or before 10:00 o'clock a.m on the Monday next after the expiration of twenty (20) days after the date of service hereof, before the Honorable 398th District Court of Hidalgo County, Texas at the Courthouse, 100 North Closner, Edinburg, Texas 78539.

Said Petition was filed on this the 5th day of April, 2016 and a copy of same accompanies this citation. The file number and style of said suit being, **C-1533-16-I, DOMINGO ISIDRO VS. CUTLER REPAVING, INC., ROBERT JOSEPH JOZWIAK AND VISION INSURANCE COMPANY**

Said Petition was filed in said court by Orendain & Dominguez, 320 South 8th Street, Mcallen, Texas 78501.

The nature of the demand is fully shown by a true and correct copy of the petition accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

**ISSUED AND GIVEN UNDER MY HAND AND SEAL** of said Court at Edinburg, Texas on this the 11th day of April, 2016.

**LAURA HINOJOSA, DISTRICT CLERK**
**HIDALGO COUNTY, TEXAS**

**HEATHER RIOJAS DEPUTY CLERK**

**RECEIVED**
APR 15 2016
**GENERAL COUNSEL**

**CERTIFIED MAIL** 9214 8901 0661 5400 0083 8583 58

### CERTIFICATE OF RETURN
### UNDER RULES 103 T.R.C.P.

This is to certify that on this the 11th day of April, 2016 I, Heather Riojas, Deputy Clerk of the 398th District Court of Hidalgo County, Texas mailed to the defendant in Cause Number C-1533-16-I, Domingo Isidro  VS.  Cutler Repaving, Inc., Robert Joseph Jozwiak and Vision Insurance Company a copy of the citation along with a copy of the petition by certified mail return receipt requested.  Return receipt was returned on the _____ day of _____, 201___ (or unserved for the reason on the certificate return) _____.

**GIVEN UNDER MY HAND AND SEAL OF SAID COURT**, at office in Edinburg, Texas on this the 11th day of April, 2016.

**LAURA HINOJOSA, DISTRICT CLERK**
**HIDALGO COUNTY, TEXAS**

_____
**HEATHER RIOJAS, DEPUTY CLERK**

### COMPLETE IF YOU ARE PERSON OTHER THAN A SHERIFF,
### CONSTABLE OR CLERK OF THE COURT

In accordance to Rule 107, the officer or authorized person who serves or attempts to serve a citation must sign the return. If the return is signed by a person other than a sheriff, constable or the clerk of the court, the return must either be verified or be signed under the penalty of perjury.  A return signed under penalty of perjury must contain the statement below in substantially the following form:

"My name is _____, my date of birth is _____ and the address is _____,and I declare under penalty of perjury that the foregoing is true and correct.

**EXECUTED** in _____County, State of Texas, on the _____ day of _____, 20_____.

_____
**Declarant"**

_____
**If Certified by the Supreme Court of Texas**
**Date of Expiration / SCH Number**

RECEIVED

APR 1 5 2016

GENERAL COUNSEL

Case 7:16-cv-00238   Document 1-1   Filed in TXSD on 05/13/16   Page 15 of 33



**C-1533-16-I**
**398TH DISTRICT COURT, HIDALGO COUNTY, TEXAS**

---

**CITATION**

---

**THE STATE TEXAS**

**NOTICE TO DEFENDANT**: You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty (20) days after you were served this citation and petition, a default judgment may be taken against you.

**TRYON D. LEWIS**
**CHAIRMAN OF THE TEXAS TRANSPORTATION COMMISSION**
**125 E. 11TH STREET**
**AUSTIN, TEXAS 78701-2483**
**IN TURN FOWARDING TO:**

**ROBERT JOSEPH JOZWIAK**
**9021 COUNTY ROAD 23**
**MOUNT HOPE, ALABAMA 35651**

You are hereby commanded to appear by filing a written answer to the PLAINTIFF'S ORIGINAL PETITION at or before 10:00 o'clock a.m on the Monday next after the expiration of twenty (20) days after the date of service hereof, before the Honorable 398th District Court of Hidalgo County, Texas at the Courthouse, 100 North Closner, Edinburg, Texas 78539.

Said Petition was filed on this the 5th day of April, 2016 and a copy of same accompanies this citation.  The file number and style of said suit being, C-1533-16-I, DOMINGO ISIDRO  VS.  CUTLER REPAVING, INC., ROBERT JOSEPH JOZWIAK AND VISION INSURANCE COMPANY

Said Petition was filed in said court by Orendain & Dominguez, 320 South 8th Street, Mcallen, Texas 78501.

The nature of the demand is fully shown by a true and correct copy of the petition accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

**ISSUED AND GIVEN UNDER MY HAND AND SEAL** of said Court at Edinburg, Texas on this the 11th day of April, 2016.

**LAURA HINOJOSA, DISTRICT CLERK**
**HIDALGO COUNTY, TEXAS**

**HEATHER RIOJAS DEPUTY CLERK**

CERTIFIED MAIL  9214 8901 0661 5400 0083 8583 58

**RECEIVED**

APR 15 2016

**GENERAL COUNSEL**

## CERTIFICATE OF RETURN
## UNDER RULES 103 T.R.C.P.

This is to certify that on this the 11th day of April, 2016 I, Heather Riojas, Deputy Clerk of the 398th District Court of Hidalgo County, Texas mailed to the defendant in Cause Number C-1533-16-I, Domingo Isidro  VS.  Cutler Repaving, Inc., Robert Joseph Jozwiak and Vision Insurance Company a copy of the citation along with a copy of the petition by certified mail return receipt requested.  Return receipt was returned on the _____ day of _____, 201___ (or unserved for the reason on the certificate return) _____.

**GIVEN UNDER MY HAND AND SEAL OF SAID COURT**, at office in Edinburg, Texas on this the 11th day of April, 2016.

**LAURA HINOJOSA, DISTRICT CLERK**
**HIDALGO COUNTY, TEXAS**

_____
**HEATHER RIOJAS, DEPUTY CLERK**


### COMPLETE IF YOU ARE PERSON OTHER THAN A SHERIFF,
### CONSTABLE OR CLERK OF THE COURT

In accordance to Rule 107, the officer or authorized person who serves or attempts to serve a citation must sign the return. If the return is signed by a person other than a sheriff, constable or the clerk of the court, the return must either be verified or be signed under the penalty of perjury.  A return signed under penalty of perjury must contain the statement below in substantially the following form:

"My  name  is  _____, my  date  of  birth  is  _____  and  the  address  is _____,and I declare under penalty of perjury that the foregoing is true and correct.

**EXECUTED** in _____County, State of Texas, on the _____ day of _____, 20_____.

_____
**Declarant"**

_____
**If Certified by the Supreme Court of Texas**
**Date of Expiration / SCH Number**


RECEIVED

APR 15 2016

GENERAL COUNSEL



**CERTIFIED MAIL**

7015 0640 0004 4922 3353

*Texas Department of Transportation*
125 E 11TH STREET · AUSTIN TX 78701-2483

GENERAL COUNSEL

Official Business
State of Texas
Penalty For
Private Use



U.S. POSTAGE >> PITNEY BOWES

ZIP 78704
02 1W
0001387048 APR 19 2016

$ 006.88⁵

3565139751 R401

41835
Robert Joseph Jozwiak
9021 County Road 23
Mount Hope, AL 35651

**RETURN RECEIPT REQUESTED**

EXHIBIT C

Electronically Filed
4/19/2016 11:50:48 AM
Hidalgo County District Clerks
Reviewed By: Irene Caceres

# AFFIDAVIT OF SERVICE

**The State of Texas**
**Cause Number: C-1533-16-I**

**DOMINGO ISIDRO**
      **PLAINTIFF(S),**
**VS.**
**CUTLER REPAVING, INC.,**
**ROBERT JOSEPH JOZWIAK, and**
**VISION INSURANCE COMPANY**
      **DEFENDANT(S),**

**IN THE DISTRICT COURT**

**398TH JUDICIAL DISTRICT**

**HIDALGO COUNTY, T E X A S**

**For Attorney: Abel A. Orendain**
**********************************************************************************************************

Received by Marilyn Stroud Civil Process Service on the 11th day of April, 2016 at 4:00 PM

Party to be served: **Vision Insurance Company C/O Its Registered Agent: Flor Loya, President**

I, Marilyn Stroud, Being duly sworn, depose and say that on the 15th day of April, 2016 at 9:36 AM

The party was executed upon, by delivering a true copy of the following documents with the date and hour of service endorsed thereon by Certified Mail Return Receipt Requested # 7015 0640 0002 4516 7462

   1) **CITATION**
   2) **PLAINTIFF'S ORIGINAL PETITION**

**To: Vision Insurance Company C/O Its Registered Agent: Flor Loya, President**
**At the address of: 1800 Lee Trevino Blvd., Suite 201, El Paso, Texas 79936**
I am a person over eighteen (18) years of age and I am competent to make this affidavit. I am a resident of the State of Texas. I am familiar with the Texas Rules of Civil Procedure as they apply to service of Process. I am not a party to this suit nor related or affiliated with any herein, and have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude. I have personal knowledge of the facts stated herein and they are true and correct.

"My name is **Marilyn Stroud,** my date of birth is 05/09/1940, and my address is 1407 Candy Lane, Edinburg, Texas, 78539 USA. I declare under penalty of perjury that the foregoing is true and correct.

Executed in Hidalgo County, State of Texas, on the 18th day of April, 2016.

*Marilyn Stroud*

**Marilyn Stroud, Declarant"**
**SCH-1380, expires 9/30/2017**

Electronically Filed
4/19/2016 11:50:48 AM
Hidalgo County District Clerks
Reviewed By: Irene Caceres

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®

EL PASO TX 79936

Certified Mail Fee   $3.30

$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $ $2.70
☐ Return Receipt (electronic)      $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required         $ N/A
☐ Adult Signature Restricted Delivery $ N/A

0068
17

Postmark
Here

Postage        $1.34        04/12/2016

Vision Insurance Company
C/O Its Registered Agent: Flor Loya, President
1800 Lee Trevino Blvd., Suite 201
El Paso, Texas 79936

See Reverse for Instructions

7015 4516 2000 0640 7015

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                    ☐ Agent
                                     ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery
Michael                          4/14/16

Vision Insurance Company
C/O Its Registered Agent: Flor Loya, President
1800 Lee Trevino Blvd., Suite 201
El Paso, Texas 79936

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:           ☐ No

9590 9401 0118 5225 9186 70

7015 0640 0002 4516 7462

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Mail
☐ Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053

Domestic Return Receipt

4/18/2016                                USPS.com® - USPS Tracking®

Electronically Filed
4/19/2016 11:50:48 AM
Hidalgo County District Clerks
Reviewed By: Irene Caceres

 English  Customer Service    USPS Mobile

☰                          USPS.COM                          Q

# USPS Tracking®

 **Customer Service ›**
Have questions? We're here to help.

 **Get Easy Tracking Updates ›**
Sign up for My USPS.

Tracking Number: **70150640000245167462**                    ─

                                    **In-Transit**

Updated Delivery Day: **Thursday, April 14, 2016** ?

## Product & Tracking Information

**Postal Product:**          **Features:**
First-Class Mail®           Certified Mail™       Return Receipt

                            **See tracking for related item:** 9590940101185225918670

## Available Actions

Text Updates                                        ⊝

Email Updates                                       ⊝

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| **April 15, 2016 , 9:38 pm** | Delivery status not updated |  |
| The delivery status for this item has not been updated as of April 15, 2016, 9:38 pm. | | |
| April 15, 2016 , 7:38 am | Out for Delivery | EL PASO, TX 79936 |
| April 15, 2016 , 7:28 am | Sorting Complete | EL PASO, TX 79936 |
| April 14, 2016 , 8:25 am | Arrived at Unit | EL PASO, TX 79936 |
| April 14, 2016 , 4:37 am | Departed USPS Facility | EL PASO, TX 79910 |
| April 13, 2016 , 5:47 pm | Arrived at USPS Facility | EL PASO, TX 79910 |
| April 12, 2016 , 10:26 pm | Departed USPS Facility | MCALLEN, TX 78501 |
| April 12, 2016 , 8:53 pm | Arrived at USPS Facility | MCALLEN, TX 78501 |
| April 12, 2016 , 6:10 pm | Departed Post Office | EDINBURG, TX 78539 |
| April 12, 2016 , 12:36 pm | Acceptance | EDINBURG, TX 78539 |

## Track Another Package

**Tracking (or receipt) number**

[                                        ]   [ Track It ]

## Manage Incoming Packages

Track all your packages from a dashboard.
No tracking numbers necessary.

**Sign up for My USPS ›**



USPS.COM

Electronically Filed
5/6/2016 04:13:47 PM
Hidalgo County District Clerks
Reviewed By: Heather Riojas

**NO. C-1533-16-I**

| | | |
|---|---|---|
| **DOMINGO ISIDRO** | § | **IN THE DISTRICT COURT OF** |
| | § | |
| **VS.** | § | **HIDALGO COUNTY, TEXAS** |
| | § | |
| **CUTLER REPAVING, INC.,** | § | |
| **ROBERT JOSEPH JOZWIAK, and** | § | |
| **VISION INSURANCE COMPANY** | § | **398TH JUDICIAL DISTRICT** |

## Defendant, Cutler Repaving, Inc.'s Original Answer

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, **Cutler Repaving, Inc.,** Defendant in the above-entitled and numbered cause, and for Answer to the Plaintiff's pleadings on file herein, would respectfully show unto the Court as follows:

**I.**

Pursuant to Rule 92 of the Texas Rules of Civil Procedure, Defendant denies each and every, all and singular, the material allegations contained in Plaintiff's pleadings filed herein, and demand strict proof thereof, as required by the laws of this State of persons or entities who bring suit as the Plaintiff does in the instant case.

**II.**

Defendant further alleges by way of affirmative defense, and without waiver of the foregoing that at all times material, Plaintiff failed to mitigate his own damages as would have been done by people of ordinary prudence, and his failure to mitigate his own damages has proximately caused or at least contributed to his claimed damages.

- 1 -

Electronically Filed
5/6/2016 4:13:47 PM
Hidalgo County District Clerks
Reviewed By: Heather Riojas

## III.

Defendant further alleges, by way of affirmative defense, and without waiver of the foregoing, that Plaintiff's recovery of medical or health care expenses, if any, incurred is limited to the amount actually paid or incurred by or on behalf of plaintiff pursuant to §41.0105 of the Texas Civil Practice & Remedies Code.

## IV.

Defendant respectfully requests trial by jury.

## V.

This Defendant respectfully reserves the right at this time to amend this Original Answer to the Plaintiff's allegations after said Defendant has had the opportunity to more closely investigate these claims as it is the right and privilege of said Defendant under the Rules of Civil Procedure and the laws of the State of Texas.

WHEREFORE, PREMISES CONSIDERED, the above named Defendant, **Cutler Repaving, Inc.**, having fully answered herein, prays that it go hence without day for costs, and for such other and further relief, both special and general, at law and in equity, to which said Defendant may be justly entitled.

- 2 -

Electronically Filed
5/6/2016 4:13:47 PM
Hidalgo County District Clerks
Reviewed By: Heather Riojas

Respectfully submitted,

**BROTHERS ALVARADO, P.C.**

By: _____
Sarai H. Sanchez
State Bar No. 24088347
shsanchez@brothers-law.com
William J. Cozort, Jr.
State Bar No. 04967550
wcozort@brothers-law.com
Two Memorial City Plaza
820 Gessner, Suite 1075
Houston, Texas 77024
(713) 337-0750
Fax:   (713) 337-0760

**Attorneys for Defendants, Cutler Repaving, Inc. and Robert Joseph Jozwiak**

### CERTIFICATE OF SERVICE

I certify that a true and correct copy of *Defendant, Cutler Repaving, Inc.'s Original Answer* was served upon the following counsel of record in compliance with Rule 21a of the Texas Rules of Civil Procedure on this the 6th day of May, 2016.

**VIA FAX**
Abel A. Orendain
ORENDAIN & DOMINGUEZ
Greystone Centre
320 South 8th Street
McAllen, Texas 78501

**VIA FAX**
Elizabeth Ferguson Herrera
CORTEZ-TRENEER & ASSOCIATES
11900 N. 26th Street, Ste. 200
Edinburg, Texas 78539

**BROTHERS ALVARADO, P.C.**

By: _____
Sarai H. Sanchez

- 3 -

Electronically Filed
5/6/2016 4:46:21 PM
Hidalgo County District Clerks
Reviewed By: Heather Riojas

EXHIBIT 33

## NO. C-1533-16-I

| | | |
|---|---|---|
| **DOMINGO ISIDRO** | § | **IN THE DISTRICT COURT OF** |
| | § | |
| **VS.** | § | **HIDALGO COUNTY, TEXAS** |
| | § | |
| **CUTLER REPAVING, INC.,** | § | |
| **ROBERT JOSEPH JOZWIAK, and** | § | |
| **VISION INSURANCE COMPANY** | § | **398TH JUDICIAL DISTRICT** |

## <u>Defendant, Robert Joseph Jozwiak's Original Answer</u>

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, **Robert Joseph Jozwiak,** Defendant in the above-entitled and numbered cause, and for Answer to the Plaintiff's pleadings on file herein, would respectfully show unto the Court as follows:

### I.

Pursuant to Rule 92 of the Texas Rules of Civil Procedure, Defendant denies each and every, all and singular, the material allegations contained in Plaintiff's pleadings filed herein, and demand strict proof thereof, as required by the laws of this State of persons or entities who bring suit as the Plaintiff does in the instant case.

### II.

Defendant further alleges by way of affirmative defense, and without waiver of the foregoing that at all times material, Plaintiff failed to mitigate his own damages as would have been done by people of ordinary prudence, and his failure to mitigate his own damages has proximately caused or at least contributed to his claimed damages.

- 1 -

Electronically Filed
5/6/2016 4:16:21 PM
Hidalgo County District Clerks
Reviewed By: Heather Riojas

## III.

Defendant further alleges, by way of affirmative defense, and without waiver of the foregoing, that Plaintiff's recovery of medical or health care expenses, if any, incurred is limited to the amount actually paid or incurred by or on behalf of plaintiff pursuant to §41.0105 of the Texas Civil Practice & Remedies Code.

## IV.

Defendant respectfully requests trial by jury.

## V.

This Defendant respectfully reserves the right at this time to amend this Original Answer to the Plaintiff's allegations after said Defendant has had the opportunity to more closely investigate these claims as it is the right and privilege of said Defendant under the Rules of Civil Procedure and the laws of the State of Texas.

WHEREFORE, PREMISES CONSIDERED, the above named Defendant, **Robert Joseph Jozwiak**, having fully answered herein, prays that he go hence without day for costs, and for such other and further relief, both special and general, at law and in equity, to which said Defendant may be justly entitled.

Electronically Filed
5/6/2016 4:16:21 PM
Hidalgo County District Clerks
Reviewed By: Heather Riojas

Respectfully submitted,

**BROTHERS ALVARADO, P.C.**

By: _____
    Sarai H. Sanchez
    State Bar No. 24088347
    shsanchez@brothers-law.com
    William J. Cozort, Jr.
    State Bar No. 04967550
    wcozort@brothers-law.com
    Two Memorial City Plaza
    820 Gessner, Suite 1075
    Houston, Texas 77024
    (713) 337-0750
Fax:  (713) 337-0760

**Attorneys for Defendants, Cutler Repaving, Inc.
and Robert Joseph Jozwiak**

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of *Defendant, Robert Joseph Jozwiak's Original Answer* was served upon the following counsel of record in compliance with Rule 21a of the Texas Rules of Civil Procedure on this the ___6th___ day of May, 2016.

**VIA FAX**                              **VIA FAX**
Abel A. Orendain                         Elizabeth Ferguson Herrera
ORENDAIN & DOMINGUEZ                      CORTEZ-TRENEER & ASSOCIATES
Greystone Centre                         11900 N. 26th Street, Ste. 200
320 South 8th Street                     Edinburg, Texas 78539
McAllen, Texas 78501


**BROTHERS ALVARADO, P.C.**

By: _____
    Sarai H. Sanchez

- 3 -

Electronically Filed
4/27/2016 5:21:43 PM
Hidalgo County District Clerks
Reviewed By: Irene Caceres

## CAUSE NO. C-1533-16-I

| | | |
|---|---|---|
| **DOMINGO ISIDRO** | § | **IN THE DISTRICT COURT** |
| *PLAINTIFF* | § | |
| | § | |
| | § | |
| **vs.** | § | **398TH JUDICIAL DISTRICT** |
| | § | |
| **CULTER REPAVING, INC** | § | |
| **ROBERT JOSEPH JOZWIAK AND** | § | |
| **VISION INSURANCE COMPANY** | § | |
| *DEFENDANT* | § | **HIDALGO COUNTY, TEXAS** |

## DEFENDANT VISION INSUARNCE COMPANY'S ORIGINAL ANSWER AND REQUEST FOR DISCLOSURE

TO THE HONORABLE COURT:

COMES NOW the defendant and files their answer, and requests for disclosure in response to the plaintiff's pleadings, and in support thereof would respectfully show the Court as follows:

### GENERAL DENIAL

The defendant denies each and every, all and singular, the allegations set forth in the plaintiffs' pleadings, and without waiving their right to file other and further pleadings, motions and discovery, demands that the plaintiffs be held to the most strict requirements of proof, and that the defendant be released with costs and without delay, and for such other and further relief, both at law and in equity, to which the defendant may show themselves to be justly entitled.

### REQUEST FOR DISCLOSURE

Under the authority of Rule 194 of the *TEXAS RULES OF CIVIL PROCEDURE*, the defendant

Electronically Filed
4/27/2016 5:21:43 PM
Hidalgo County District Clerks
Reviewed By: Irene Caceres

requests that the plaintiff's disclose, within 30 days of the service of this request, the information

or material described in Rule 194.2(a) through (l).

### REQUEST FOR JURY TRIAL

Under the authority of the *UNITED STATES CONSTITUTION*, *TEXAS CONSTITUTION*, and the

*TEXAS RULES OF CIVIL PROCEDURE*, the defendant herein, exercise their guaranteed right to, and

hereby requests, a trial by Jury.

### PRAYER

WHEREFORE, PREMISES CONSIDERED, the defendant prays that the Court enter

judgment in their favor and against the plaintiff's whereby the plaintiffs take nothing, that costs

be assessed against the plaintiffs with the defendant recovering their costs incurred by reason of

this suit, and that the Court award the defendant all other and further relief, general and special,

in law and in equity, to which he may be justly entitled, whether specially prayed for or not.

Respectfully submitted,

CORTEZ-TRENEER & ASSOCIATES
11900 N. 26th Street, Ste. 200
Edinburg, Texas 78539
Telephone No.:  956/289-2199
Telecopier No.:  956/393-2699

By: _____
ELIZABETH FERGUSON HERRERA
State Bar No. 24087716

Attorneys for defendants
ENEDELIA DE MORADO HERNANDEZ

Electronically Filed
4/27/2016 5:21:43 PM
Hidalgo County District Clerks
Reviewed By: Irene Caceres

## CERTIFICATE OF SERVICE

In accordance with Rules 21 and 21a of the *TEXAS RULES OF CIVIL PROCEDURE*, I hereby

certify that a true and correct copy of DEFENDANT'S ORIGINAL ANSWER, AND REQUESTS FOR

DISCLOSURE was served on the 27th day of April 2016, as follows:


VIA – FAX NO.: 956.631-2653
ORENDAIN & DOMINGUEZ
Attn: Abel A. Orendain
320 South 8th Street
McAllen, Texas 78501
Attorneys for the plaintiff

_____

ELIZABETH FERGUSON HERRERA

# REGISTER OF ACTIONS

## CASE NO. C-1533-16-I

| Domingo Isidro VS. Cutler Repaving, Inc., Robert Joseph Jozwiak and Vision Insurance Company | § § § § § § | Case Type: | **Injury or Damage - Motor Vehicle (OCA)** |
|---|---|---|---|
| | | Date Filed: | **04/05/2016** |
| | | Location: | **398th District Court** |

---

### PARTY INFORMATION

| | | | **Attorneys** |
|---|---|---|---|
| Defendant | Cutler Repaving, Inc. | | **ELIZABETH FERGUSON HERRERA** *Retained* 956-289-2199(W) |
| Defendant | Cutler Repaving, Inc. | | **Sarai H. Sanchez** *Retained* 713-337-0750(W) |
| Defendant | Cutler Repaving, Inc. | | **Sarai H. Sanchez** *Retained* 713-337-0750(W) |
| Defendant | Jozwiak, Robert | | **Sarai H. Sanchez** *Retained* 713-337-0750(W) |
| Defendant | Jozwiak, Robert Joseph | | **ELIZABETH FERGUSON HERRERA** *Retained* 956-289-2199(W) |
| Defendant | Vision Insurance Company | | **ELIZABETH FERGUSON HERRERA** *Retained* 956-289-2199(W) |
| Plaintiff | Isidro, Domingo | | **Abel A. Orendain** *Retained* 956-683-0111(W) |

---

### EVENTS & ORDERS OF THE COURT

**OTHER EVENTS AND HEARINGS**

| 04/05/2016 | **Original Petition (OCA)** |
|---|---|
| | *Petition* |
| 04/08/2016 | **Clerk's Entry** |
| | *SPW EXPLAINED THEY STILL OWE COPIES FEES OF $13.00* |
| 04/08/2016 | **Request** |
| | *No Fee Documents* |
| 04/11/2016 | **Citation By Certified Mail** |
| | *TX TRANSPORTATION ENV# 10057612* |
| | Jozwiak, Robert Joseph                            Unserved |
| 04/11/2016 | **Citation** |
| | *EMAILED TO ORENDAIN@ODLAWFIRM.COM ENV# 10057703* |
| | Cutler Repaving, Inc.              Served       04/14/2016 |
| | Returned     04/19/2016 |
| | Jozwiak, Robert Joseph          Unserved |
| | Vision Insurance Company      Served       04/15/2016 |
| | Returned     04/19/2016 |
| 04/11/2016 | **Service Issued** |
| 04/11/2016 | **Service Issued** |
| 04/12/2016 | **Manual Check Issued** |
| | *DC-2016-027958 Ck#46409 issued to: SOS iao $55 for service* |
| 04/19/2016 | **Affidavit** |
| | *Affidavit of Service - Cutler Repaving, Inc.* |
| 04/19/2016 | **Affidavit** |
| | *Affidavit of Service - Vision Insurance Company* |
| 04/27/2016 | **Answer** |
| | *Answer/Response* |

| | | |
|---|---|---|
| 04/29/2016 | **Manual Check Issued** | |
| | *Re-issue ck#46457 to: Atty Orendain & Dominguez iao $30 (this is to replace ck#46409 dtd 4/12/09 iao $55 to SOS)* | |
| 04/29/2016 | **Manual Check Issued** | |
| | *Re-issue Ck#46458 iao $25 to Texas Department of Transportation (this is to replace ck#46409 dtd 4/12/16 iao $55 to:SOS)* | |
| 05/06/2016 | **Answer** | |
| | *Defendant, Robert Joseph Jozwiak's Original Answer* | |
| 05/06/2016 | **Answer** | |
| | *Defendant, Cutler Repaving, Inc's Original Answer* | |
| 05/11/2016 | **Return Receipt Received** | |
| | *CHECK RE-ISSUED* | |

---

### FINANCIAL INFORMATION

| | | | | |
|---|---|---|---|---|
| | **Defendant** Jozwiak, Robert Joseph | | | |
| | Total Financial Assessment | | | 2.00 |
| | Total Payments and Credits | | | 2.00 |
| | **Balance Due as of 05/13/2016** | | | **0.00** |
| 05/06/2016 | Transaction Assessment | | | 2.00 |
| 05/06/2016 | EFile Payments from TexFile | Receipt # DC-2016-035559 | Jozwiak, Robert Joseph | (2.00) |
| | | | | |
| | **Defendant** Vision Insurance Company | | | |
| | Total Financial Assessment | | | 42.00 |
| | Total Payments and Credits | | | 42.00 |
| | **Balance Due as of 05/13/2016** | | | **0.00** |
| 04/28/2016 | Transaction Assessment | | | 42.00 |
| 04/28/2016 | EFile Payments from TexFile | Receipt # DC-2016-032863 | Vision Insurance Company | (42.00) |
| | | | | |
| | **Plaintiff** Isidro, Domingo | | | |
| | Total Financial Assessment | | | 488.00 |
| | Total Payments and Credits | | | 488.00 |
| | **Balance Due as of 05/13/2016** | | | **0.00** |
| 04/05/2016 | Transaction Assessment | | | 469.00 |
| 04/05/2016 | EFile Payments from TexFile | Receipt # DC-2016-026243 | Isidro, Domingo | (469.00) |
| 04/11/2016 | Transaction Assessment | | | 15.00 |
| 04/11/2016 | EFile Payments from TexFile | Receipt # DC-2016-027958 | Isidro, Domingo | (15.00) |
| 04/19/2016 | Transaction Assessment | | | 2.00 |
| 04/19/2016 | EFile Payments from TexFile | Receipt # DC-2016-030132 | Isidro, Domingo | (2.00) |
| 04/29/2016 | Transaction Assessment | | | 55.00 |
| 05/06/2016 | Transaction Assessment | | | 2.00 |
| 05/06/2016 | EFile Payments from TexFile | Receipt # DC-2016-035565 | Isidro, Domingo | (2.00) |

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

| | | |
|---|---|---|
| **DOMINGO ISIDRO** | § | |
| **Plaintiff** | § | |
| | § | |
| **VS.** | § | **Civil Action No. _____** |
| | § | |
| **CUTLER REPAVING, INC.,** | § | |
| **ROBERT JOSEPH JOZWIAK, and** | § | |
| **VISION INSURANCE COMPANY** | § | |
| **Defendants** | § | **Jury Demanded** |

### LIST OF COUNSEL OF RECORD

**Attorney for Plaintiff, Domingo Isidro:**
Abel Orendain
State Bar No.: 15301650
orendain@odlawfirm.com
Ernesto Dominguez
State Bar No.: 05966340
ORENDAIN & DOMINGUEZ
320 South 8th Street
McAllen, Texas 78501
(956) 683-0111 – Telephone
(956) 631-2653 – Facsimile

**Attorneys for Defendants, Cutler Repaving, Inc. and Robert Joseph Jozwiak:**
Sarai H. Sanchez
State Bar No. 24088347
Fed ID No: 2365749
shsanchez@brothers-law.com
William J. Cozort, Jr.
State Bar No.: 04967550
Fed ID No: 12299
wcozort@brothers-law.com
BROTHERS ALVARADO, P.C.
Two Memorial City Plaza
820 Gessner, Suite 1075
Houston, Texas 77024
(713) 337-0750 – Telephone
(713) 337-0760 – Facsimile

**<u>Attorneys for Defendant, Vision Insurance Company</u>:**
Elizabeth Ferguson Herrera
State Bar No. 24087716
CORTEZ-TRENEER & ASSOCIATES
11900 N. 26th Street, Suite 200
Edinburg, Texas 78539
(956) 289-2199 – Telephone
(956) 393-2699 – Facsimile